

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER WITHDRAWING MEDIATION ORDER

Appellate case name:     Oneida Jones v. Allstate Vehicle and Property Insurance Company
and Eric Hunsicker

Appellate case number:   01-21-00162-CV

Trial court case number: 2017-57201

Trial court:             281st District Court of Harris County

      Appellant, Oneida Jones, has filed an objection to the Court's August 30, 2022 order referring this appeal to mediation. After due consideration, the Court's mediation order is withdrawn.

      It is so ORDERED.

Judge's signature: _Gordon Goodman_____
                     Acting for the Court

Panel consists of Justices Kelly, Goodman, and Guerra

Date: _09/1/2022_____